**DISMISS; and Opinion Filed September 16, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00608-CR

### WALTER FORREST ROSS, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-53396-W**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Fillmore and Stoddart
Opinion by Justice Fillmore

Walter Forrest Ross pleaded guilty to possession of methamphetamine in an amount of one gram or more but less than four grams. Pursuant to a plea agreement, the trial court sentenced appellant to two years' imprisonment. Appellant waived his right to appeal as part of the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified both that appellant waived his right to appeal and that the case involves a plea bargain and appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

We dismiss the appeal for want of jurisdiction. We deny as moot counsel's motion to withdraw that was filed contemporaneously with an *Anders* brief.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

150608F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WALTER FORREST ROSS, Appellant

No. 05-15-00608-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-53396-W.
Opinion delivered by Justice Fillmore, Chief Justice Wright and Justice Stoddart participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 16th day of September, 2015.